**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Tamara Giwa*
Executive Director

*Jennifer L. Brown*
Attorney-in-Charge
Southern District

June 20, 2024

**By ECF and Email**
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



Re:   **United States v. Cesar Coello Dominguez**
      **24 Cr. 100 (KPF)**

Dear Judge Failla,

  I write to respectfully request that the Court adjourn the next status conference in the above-captioned case, currently scheduled for June 26, 2024, to the first week of August or a date thereafter that works for the Court.

  Undersigned counsel is still in the process of reviewing discovery with Mr. Coello, as well as continuing to discuss a possible disposition of the case with the government. The requested adjournment will enable us to make additional progress on both of those tasks. I also make this request because my summer schedule changed and I have plans to be out of the office next week.

  The government, by Assistant United States Attorney Georgia Kostopoulos, consents to this request.

  Given the nature of this application, the defense consents to the exclusion of time under the Speedy Trial Act until the newly-selected date.

  Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Counsel for Mr. Coello Dominguez
212-417-8729

Application GRANTED. The pretrial conference currently scheduled for June 26, 2024, is hereby ADJOURNED to **August 28, 2024,** at **11:00 a.m.**

It is hereby ORDERED that time is excluded under the Speedy Trial Act between June 26, 2024, and August 28, 2024.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial for the reasons stated by Defendant above.

The Clerk of Court is directed to terminate the pending motion at docket entry 15.

Dated:     June 21, 2024            SO ORDERED.
           New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE