**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Tamara Giwa*
Executive Director

*Jennifer L. Brown*
Attorney-in-Charge

October 21, 2024



**By ECF**
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Cesar Coello Dominguez**
      **24 Cr. 100 (KPF)**

Dear Judge Failla,

    I write to respectfully request that the Court adjourn the next status conference in the above-captioned case, currently scheduled for October 23, 2024, for approximately 45 days.

    We recently received a Pimentel letter from the government and the requested adjournment will enable us to discuss a possible pre-trial disposition of this case.

    The government, by Assistant United States Attorney Georgia Kostopoulos, has no objection to this request. Given the nature of this application, the defense consents to the exclusion of time under the Speedy Trial Act until the newly-selected date.

    Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Counsel for Mr. Coello
212-417-8729

Application GRANTED. The status conference currently scheduled for October 23, 2024, is ADJOURNED to **December 11, 2024, at 3:30 p.m.**

It is hereby ORDERED that time is excluded under the Speedy Trial Act between October 23, 2024, and December 11, 2024. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial for the reasons stated by Defendant above.

The Clerk of Court is directed to terminate the pending motion at docket entry 20.

Dated: October 21, 2024  
       New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA  
UNITED STATES DISTRICT JUDGE