

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 7, 2025

**BY ECF**
The Honorable Katherine P. Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



Re:    *United States v. Cesar Rafael Dominguez Coello*, 24 Cr. 100 (KPF)

Dear Judge Failla:

The Government writes jointly with defense counsel to provide a status update in the above-captioned case. The parties have continued to engage in good-faith discussions regarding a resolution of this matter, but have not yet reached a resolution, in part due to the large number of victims that the Government is endeavoring to identify in connection with the anticipated resolution of this matter, which will include both forfeiture and restitution. The parties therefore respectfully request that the Court adjourn the forthcoming status conference by thirty days to permit the parties additional time to reach a potential resolution of the above-captioned matter.

The Government further requests that time be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from April 9, 2025, through the adjourned date of the conference. The Government respectfully submits that that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow time for a potential pretrial resolution of this case. Defense counsel has informed me that the defendant consents to the requested adjournment and exclusion of time.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney

By: _____
Georgia V. Kostopoulos
Assistant United States Attorney
Southern District of New York
(212) 637-2212
Georgia.Kostopoulos@usdoj.gov

cc (by ECF):   Sylvie Levine, Esq.

Application GRANTED. The status conference currently scheduled for April 9, 2025, is ADJOURNED to **May 7, 2025, at 3:30 p.m.**

It is hereby ORDERED that time is excluded under the Speedy Trial Act between April 9, 2025, and May 7, 2025. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial for the reasons stated by Government above.

The Clerk of Court is directed to terminate the pending motion at docket entry 27.

Dated:  April 7, 2025          SO ORDERED.
        New York, New York

                               HON. KATHERINE POLK FAILLA
                               UNITED STATES DISTRICT JUDGE