

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 29, 2025

**BY ECF**
The Honorable Katherine P. Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



Re:   *United States v. Cesar Rafael Dominguez Coello*, 24 Cr. 100 (KPF)

Dear Judge Failla:

     The Government writes jointly with defense counsel to respectfully request an adjournment of the defendant's forthcoming sentencing, which is currently scheduled for August 14, 2025, as well as the accompanying deadlines for the parties' written submissions, due to a scheduling conflict on behalf of counsel for the Government. The parties have conferred and are available August 20th, August 21st, or August 22nd, beginning at 10:30 a.m. The Government has conferred with counsel for the defendant, who has confirmed that the defendant has no objection to the requested adjournment.

                                            Respectfully submitted,

                                            JAY CLAYTON
                                            United States Attorney

                              By:   _____
                                   Georgia V. Kostopoulos
                                   Assistant United States Attorney
                                   Southern District of New York
                                   (212) 637-2212
                                   Georgia.Kostopoulos@usdoj.gov

cc (by ECF):   Sylvie Levine, Esq.

Application GRANTED.

After corresponding with the parties, the Court ADJOURNS the sentencing scheduled for August 14, 2025, to **September 5, 2025, at 10:15 a.m.** Defendant's sentencing submission is due on **August 22, 2025,** and the Government's sentencing submission is due on **August 29, 2025.**

The Clerk of Court is directed to terminate the pending motion at docket entry 37.

Dated:     August 1, 2025              SO ORDERED.
           New York, New York

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE