**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*
Southern District

August 21, 2025

**By ECF and Email**
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



Re:   **United States v. Cesar Coello Dominguez**
       **24 Cr. 100 (KPF)**

Dear Judge Failla,

    I write to respectfully request that the Court adjourn sentencing in the above-captioned case, which is currently scheduled for September 5, 2025, for approximately one week. I have had some medical problems this week that slowed down my preparation of our sentencing materials; I believe the requested adjournment will enable me to complete the necessary work.

    The government, by Assistant United States Attorney Georgia Kostopoulos, consents to this request.

    Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Counsel for Mr. Coello
212-417-8729

Application GRANTED. The Court hopes that counsel's health has improved. The sentencing currently scheduled for September 5, 2025, is adjourned to **September 17, 2025, at 3:00 p.m.** Defendant's submission is now due on or before **September 3, 2025,** and the Government's submission is now due on or before **September 10, 2025.**

The Clerk of Court is directed to terminate the pending motion at docket entry 40.

Dated:   August 21, 2025          SO ORDERED.
         New York, New York

                                  *Katherine Polk Failla*

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE