

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 24, 2025



**BY ECF**
The Honorable Katherine P. Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> **Re:**    ***United States v. Cesar Rafael Dominguez Coello*, S1 24 Cr. 100 (KPF)**

Dear Judge Failla:

  The Government writes to respectfully request that the Court enter the attached proposed consent order of restitution.  The proposed order has been signed by both the Government and counsel for the defendant, as well as the defendant.  Because the enclosed schedules contain sensitive victim information, the Government respectfully requests that the names and contact information for the victims identified in the enclosed order remain under seal, except insofar as the Clerk of Court is permitted to access the victim schedules for purposes of contacting victims in connection with any restitution payments submitted in the above-captioned case.

                Respectfully submitted,

                JAY CLAYTON
                United States Attorney

By: _____
                Georgia V. Kostopoulos
                Assistant United States Attorney
                Southern District of New York
                (212) 637-2212
                Georgia.Kostopoulos@usdoj.gov

cc (by ECF):   Sylvie Levine, Esq.

Encl.

Application GRANTED.

The Court will enter the redacted order on the docket and the unredacted order under seal.

The Clerk of Court is directed to terminate the pending motion at docket entry 51.

Dated:     December 29, 2025        SO ORDERED.
           New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE