UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

        **Consent Order of Restitution**

      v.

CESAR RAFAEL COELLO DOMINGUEZ        S1 25 Cr. 100 (KPF)

_____

Upon the application of the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, Georgia V. Kostopoulos, Assistant United States Attorney, of counsel; the presentence investigation report; the defendant's conviction on Counts One and Two of the Superseding Information; and all other proceedings in this case, it is hereby ORDERED that:

### 1.    **Amount of Restitution**

CESAR RAFAEL COELLO DOMINGUEZ, the defendant, shall pay restitution in the total amount of $11,633,828.08 pursuant to 18 U.S.C. §§ 3663 and 3663A, to the victims of the offenses charged in Counts One and Two. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims, attached hereto as Schedules A and B. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

### A.    **Joint and Several Liability**

Restitution is not joint and several with other defendants or with others not named herein.

### B.    **Apportionment Among Victims**

Restitution shall be paid to the victims identified in the Schedules of Victims, attached hereto as Schedules A and B. Restitution shall be paid first to the victims identified in Schedule A, on a pro rata basis, as set forth more fully in Schedule A. After the victims identified in

2025.02.20

Schedule A are fully compensated, restitution shall be paid to the victims identified in Schedule B, on a pro rata basis, as set forth more fully in Schedule B, to the extent such victims have been located at the time such payment is due.  Ten years after the date of this order, any remaining payments still owed, for a total of $11,633,828.08, shall be disbursed to the Crime Victim's Fund.

## 2.    Schedule of Payments

Pursuant to 18 U.S.C. § 3664(f)(2) (incorporating § 3572), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

The total amount of restitution is due immediately; however, in the interest of justice, restitution will be payable in installments pursuant to 18 U.S.C. §§ 3572(d)(1) and (2).

While serving the term of imprisonment, the defendant shall make installment payments toward restitution and may do so through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Plan (IFRP).  Any unpaid amount remaining upon release from prison will be paid in installments of not less than 10% percent of the defendant's gross income on the first of each month.  This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A), to the extent warranted.

## 3.    Payment Instructions

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt.  Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required

2025.02.20                                          2

by 18 U.S.C. § 3611.  The defendant shall write his/her name and the docket number of this case on each check or money order.

### 4.    Change in Circumstances

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

### 5.    Term of Liability

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b).   Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

### 6.    Sealing

Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victim(s), the Schedule of Victims, attached hereto as Schedule A, shall be filed under seal, except that copies may be retained and used by or disclosed to the listed victims, the Government, the investigating agency, the Clerk's Office, and the Probation Office, as needed to effect and enforce this Order, without further order of this Court.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____                    __12/15/2025__
Georgia V. Kostopoulos                           DATE
26 Federal Plaza
New York, NY 10278
Tel.: (212) 637-2212

CESAR RAFAEL COELLO DOMINGUEZ

By: /s/ Sylvie Levine for Cesar Coello Dominguez    __12/23/2025___
CESAR RAFAEL COELLO DOMINGUEZ                     DATE


By: /s/ Sylvie Levine_____              __12/23/25___
Sylvie Levine, Esq.
Federal Defenders of New York
52 Duane St., 10th Flr.
New York, NY  10007
sylvie_levine@fd.org

SO ORDERED:

_____
HONORABLE KATHERINE POLK FAILLA                  Dated: December 29, 2025
UNITED STATES DISTRICT JUDGE                             New York, New York

2025.02.20                            4

## SCHEDULE A

| Name | Amount of Loss | Address | Additional Contact Information |
|---|---|---|---|
| ██████ | 15,539.00 | ██████ | ██████ |
| | 2,100.00 | | |
| | 100.00 | | |
| | 12,500.00 | | |
| | 8,000.00 | | |
| | 200.00 | | |
| | 4,500.00 | | |
| | 480.00 | | |
| | 418,715.46 | | |
| | 900.00 | | |
| | 3,000.00 | | |
| | 1,000.00 | | |
| | 177,349.00 | | |
| | 51.00 | | |
| | 52,120.00 | | |
| | 69.00 | | |

2025.02.20

| Name | Amount of Loss | Address | Additional Contact Information |
|------|----------------|---------|-------------------------------|
|  | 153.00 |  |  |
|  | 90,000.00 |  |  |
|  | 807,310.23 |  |  |
|  | 1,929.65 |  |  |
|  | 1,400.00 |  |  |
|  | 4,650.00 |  |  |
|  | 1,500.00 |  |  |
|  | 7,500.00 |  |  |
|  | 1,413.00 |  |  |
|  | 12,500.00 |  |  |
|  | 1,350.00 |  |  |
|  | 19,000.00 |  |  |
|  | 1,499.00 |  |  |
|  | 45,000.00 |  |  |
|  | 8,300.00 |  |  |
|  | 40,000.00 |  |  |
|  | 15,493.00 |  |  |

| Name | Amount of Loss | Address | Additional Contact Information |
|---|---|---|---|
| ███ | 4,500.00 | ███ | ███ |
| ███ | 13,200.00 | ███ | ███ |
| ███ | 2,130.00 | ███ | ███ |
| ███ | 7,500.00 | ███ | ███ |
| ███ | 464,500.00 | ███ | ███ |
| ███ | 813.00 | ███ | ███ |
| ███ | 7,100.00 | ███ | ███ |
| ███ | 350.00 | ███ | ███ |
| ███ | 42,900.00 | ███ | ███ |
| ███ | 8,000.00 | ███ | ███ |
| ███ | 7,500.00 | ███ | ███ |
| ███ | 4,700.00 | ███ | ███ |
| ███ | 102,100.00 | ███ | ███ |
| ███ | 19,950.59 | ███ | ███ |
| ███ | 10,791.00 | ███ | ███ |
| ███ | 38,000.00 | ███ | ███ |
| ███ | 1,875.00 | ███ | ███ |
| ███ | 32,062.50 | ███ | ███ |

2025.02.20

| Name | Amount of Loss | Address | Additional Contact Information |
|---|---|---|---|
| | 41,025.00 | | |
| | 20,800.00 | | |
| | 45,000.00 | | |
| | 65,315.16 | | |
| | 940.00 | | |
| | 40,476.00 | | |
| | 17,647.00 | | |
| | 96,031.00 | | |
| | 61,500.00 | | |
| | 153.00 | | |
| | 25,000.00 | | |
| | 297.00 | | |
| | 102,137.27 | | |
| | 4,048.50 | | |
| | 35,000.00 | | |
| | 10,725.57 | | |

2025.02.20

| Name | Amount of Loss | Address | Additional Contact Information |
|---|---|---|---|
| ██████ | 1,492.00 | ██████ | ██████ |
| ██████ | 500.00 | ██████ | ██████ |
| ██████ | 15,000.00 | ██████ | ██████ |
| ██████ | 23,000.00 | ██████ | ██████ |
| ██████ | 50.00 | ██████ | ██████ |
| ██████ | 20,000.00 | ██████ | ██████ |
| ██████ | 26,745.00 | ██████ | ██████ |
| ██████ | 1,000.00 | ██████ | ██████ |
| ██████ | 535.00 | ██████ | ██████ |
| ██████ | 7,000.00 | ██████ | ██████ |
| ██████ | 1,650.00 | ██████ | ██████ |
| ██████ | 1,200.00 | ██████ | ██████ |
| ██████ | 151.00 | ██████ | ██████ |
| ██████ | 296,990.95 | ██████ | ██████ |
| ██████ | 1,200.00 | ██████ | ██████ |
| ██████ | 3,650.00 | ██████ | ██████ |

2025.02.20

| Name | Amount of Loss | Address | Additional Contact Information |
|---|---|---|---|
| | 7,500.00 | | |
| | 350.00 | | |
| | 528,962.39 | | |
| | 1,500.00 | | |
| | 6,000.00 | | |
| | 7,500.00 | | |
| | 16,750.00 | | |
| | 800.00 | | |
| | 8,000.00 | | |
| | 3,750.00 | | |
| | 5,000.00 | | |
| | 3,750.00 | | |
| | 16,600.00 | | |
| | 17,900.00 | | |
| | 31,000.00 | | |
| | 3,000.00 | | |

2025.02.20

| Name | Amount of Loss | Address | Additional Contact Information |
|---|---|---|---|
| ████ | 18,350.00 | ████ | ████ |
| ████ | 151.00 | ████ | ████ |
| ████ | 300.00 | ████ | ████ |
| ████ | 202.00 | ████ | ████ |
| ████ | 94,250.00 | ████ | ████ |
| ████ | 500.00 | ████ | ████ |
| ████ | 3,500.00 | ████ | ████ |
| ████ | 51.00 | ████ | ████ |
| ████ | 36,100.00 | ████ | ████ |
| ████ | 2,000.00 | ████ | ████ |
| ████ | 11,600.00 | ████ | ████ |
| ████ | 48,000.00 | ████ | ████ |
| ████ | 1,000.00 | ████ | ████ |
| ████ | 13,923.00 | ████ | ████ |
| ████ | 78,552.00 | ████ | ████ |

2025.02.20

| Name | Amount of Loss | Address | Additional Contact Information |
|---|---|---|---|
| | 50.00 | | |
| | 312,000.00 | | |
| | 12,000.00 | | |
| | 110.00 | | |
| | 256,993.20 | | |
| | 1,950.00 | | |
| | 9,000.00 | | |
| | 7,000.00 | | |
| | 80,155.00 | | |
| | 18,165.00 | | |
| | 7,500.00 | | |
| | 5,475.00 | | |
| | 10,000.00 | | |
| | 68,700.00 | | |
| | 7,550.25 | | |
| | 289,424.00 | | |
| | 58,640.00 | | |

2025.02.20                                    12

| Name | Amount of Loss | Address | Additional Contact Information |
|---|---|---|---|
| | 23,000.00 | | |
| | 6,000.00 | | |
| | 31,828.00 | | |
| | 26,416.00 | | |
| | 11,500.00 | | |
| | 37,826.39 | | |
| | 4,575.00 | | |
| | 7,550.00 | | |
| | 105,658.50 | | |
| | 183,210.67 | | |
| | 18,500.00 | | |
| | 124,755.00 | | |
| | 12,650.00 | | |
| | 40,388.30 | | |
| | 43,750.00 | | |
| | 26,900.00 | | |
| | 29,500.00 | | |

2025.02.20

| Name | Amount of Loss | Address | Additional Contact Information |
|---|---|---|---|
| ██████ | 118,134.43 | ██████ | ██████ |
| ██████ | 118,697.50 | ██████ | ██████ |
| ██████ | 17,000.00 | ██████ | ██████ |

**SCHEDULE B**

The address for each victim identified below is currently unknown.

| Name | Amount of Loss |
|---|---|
|  | 3,300.00 |
|  | 189.00 |
|  | 657.00 |
|  | 1,375.00 |
|  | 204.00 |
|  | 1,420.00 |
|  | 100.00 |
|  | 1,200.00 |
|  | 50,000.00 |
|  | 1,335.00 |
|  | 47,890.90 |
|  | 1,200.00 |
|  | 203.00 |
|  | 2,100.00 |
|  | 4,200.00 |
|  | 3,750.00 |
|  | 997.00 |
|  | 600.00 |
|  | 51.00 |
|  | 1,000.00 |
|  | 1,500.00 |
|  | 5,000.00 |
|  | 1,400.00 |
|  | 37,637.00 |
|  | 26,844.33 |
|  | 2,980.00 |
|  | 7,496.95 |
|  | 3,452.00 |
|  | 1,183.00 |
|  | 946.00 |
|  | 4,144.00 |
|  | 3,230.00 |
|  | 750.00 |
|  | 100.00 |
|  | 9,182.00 |
|  | 2,250.00 |
|  | 2,891.99 |
|  | 3,500.00 |
|  | 1,000.00 |

2025.02.20

| | |
|---|---|
| | 1,500.00 |
| | 1,500.00 |
| | 4,683.00 |
| | 10,000.00 |
| | 1,000.00 |
| | 5,308.00 |
| | 150.00 |
| | 990.00 |
| | 1,225.00 |
| | 17,250.00 |
| | 458.00 |
| | 5,275.00 |
| | 3,125.00 |
| | 2,500.00 |
| | 5,497.45 |
| | 6,925.00 |
| | 75.00 |
| | 350.00 |
| | 1,000.00 |
| | 1,558.00 |
| | 1,478.00 |
| | 29,980.00 |
| | 17,443.00 |
| | 1,500.00 |
| | 125.00 |
| | 4,250.00 |
| | 4,900.00 |
| | 9,750.00 |
| | 2,500.00 |
| | 200.00 |
| | 11,334.32 |
| | 1,140.00 |
| | 500.00 |
| | 1,200.00 |
| | 35,625.00 |
| | 50.00 |
| | 2,001.00 |
| | 500.00 |
| | 500.00 |
| | 50.00 |
| | 1,250.00 |
| | 8,675.00 |
| | 200.00 |

2025.02.20

| | |
|---|---|
| ███ | 500.00 |
| ███ | 4,450.00 |
| ███ | 2,500.00 |
| ███ | 60,000.00 |
| ███ | 2,000.00 |
| ███ | 950.00 |
| ███ | 600.00 |
| ███ | 1,875.00 |
| ███ | 4,030.00 |
| ███ | 47,400.00 |
| ███ | 4,400.00 |
| ███ | 3,755.35 |
| ███ | 6,000.00 |
| ███ | 225,532.00 |
| ███ | 306.00 |
| ███ | 125.00 |
| ███ | 50.00 |
| ███ | 600.00 |
| ███ | 480.00 |
| ███ | 1,980.00 |
| ███ | 1,200.00 |
| ███ | 2,000.00 |
| ███ | 1,249.99 |
| ███ | 5,500.00 |
| ███ | 5,978.00 |
| ███ | 3,750.00 |
| ███ | 2,127.55 |
| ███ | 552.00 |
| ███ | 5,050.00 |
| ███ | 555.00 |
| ███ | 100.00 |
| ███ | 1,500.00 |
| ███ | 200.00 |
| ███ | 507.00 |
| ███ | 7,500.00 |
| ███ | 4,498.00 |
| ███ | 69,283.00 |
| ███ | 200.00 |
| ███ | 750.00 |
| ███ | 100.00 |
| ███ | 500.00 |

2025.02.20

17

| | |
|---|---|
| ███████████████ | 5,500.00 |
| ███████████████ | 1,800.00 |
| ███████████████ | 7,500.00 |
| ███████████████ | 35,000.00 |
| ███████████████ | 39,595.00 |
| ███████████████ | 500.00 |
| ███████████████ | 17,980.00 |
| ███████████████ | 14,165.00 |
| ███████████████ | 7,867.45 |
| ███████████████ | 25.00 |
| ███████████████ | 125.00 |
| ███████████████ | 3,500.00 |
| ███████████████ | 1,897.00 |
| ███████████████ | 1,435.00 |
| ███████████████ | 97,500.00 |
| ███████████████ | 350.00 |
| ███████████████ | 2,035.00 |
| ███████████████ | 257,867.74 |
| ███████████████ | 94.00 |
| ███████████████ | 418.00 |
| ███████████████ | 250.00 |
| ███████████████ | 15,000.00 |
| ███████████████ | 13,200.00 |
| ███████████████ | 13,750.00 |
| ███████████████ | 500.00 |
| ███████████████ | 30,000.00 |
| ███████████████ | 100.00 |
| ███████████████ | 4,200.00 |
| ███████████████ | 130,000.00 |
| ███████████████ | 3,750.00 |
| ███████████████ | 3,500.00 |
| ███████████████ | 6,983.00 |
| ███████████████ | 955.00 |
| ███████████████ | 600.00 |
| ███████████████ | 255.00 |
| ███████████████ | 28,500.00 |
| ███████████████ | 3,300.00 |
| ███████████████ | 20,100.00 |
| ███████████████ | 6,076.00 |
| ███████████████ | 3,750.00 |
| ███████████████ | 1,000.00 |
| ███████████████ | 1,250.00 |
| ███████████████ | 3,700.00 |

2025.02.20                                        18

| | |
|---|---|
| | 7,500.00 |
| | 500.00 |
| | 3,750.00 |
| | 352.00 |
| | 400.00 |
| | 50.00 |
| | 499.00 |
| | 28,955.00 |
| | 775.00 |
| | 500.00 |
| | 4,050.00 |
| | 2,950.00 |
| | 703.00 |
| | 6,770.65 |
| | 16,200.00 |
| | 1,625.00 |
| | 55,858.00 |
| | 166,875.00 |
| | 85,750.00 |
| | 1,250.00 |
| | 20,000.00 |
| | 500.00 |
| | 15,905.00 |
| | 43,273.21 |
| | 19,777.57 |
| | 10,060.00 |
| | 250.00 |
| | 1,111.00 |
| | 5,000.00 |
| | 13,230.00 |
| | 900.00 |
| | 1,990.00 |
| | 990.00 |
| | 1,990.00 |
| | 74,970.00 |
| | 70,150.00 |
| | 500.00 |
| | 50.00 |
| | 2,000.00 |
| | 4,500.00 |
| | 2,030.00 |
| | 750.00 |
| | 1,990.00 |

2025.02.20                                                    19

| | |
|---|---:|
| | 17,900.00 |
| | 50.00 |
| | 1,000.00 |
| | 4,900.00 |
| | 300.00 |
| | 25,500.00 |
| | 12,970.00 |
| | 17,900.00 |
| | 42,500.00 |
| | 1,503.00 |
| | 50.00 |
| | 475.00 |
| | 200.00 |
| | 6,142.00 |
| | 499.00 |
| | 1,450.00 |
| | 1,990.00 |
| | 990.00 |
| | 1,300.00 |
| | 1,230.00 |
| | 2,550.00 |
| | 1,250.00 |
| | 499.99 |
| | 2,437.50 |
| | 1,960.00 |
| | 399.00 |
| | 2,900.00 |
| | 995.00 |
| | 4,400.00 |
| | 3,750.00 |
| | 2,500.00 |
| | 7,500.00 |
| | 2,750.00 |
| | 1,200.00 |
| | 3,000.00 |
| | 1,500.00 |
| | 5,990.00 |
| | 1,980.00 |
| | 2,000.00 |
| | 128.00 |
| | 1,541.00 |
| | 1,680.00 |
| | 18,789.05 |

2025.02.20

20

| | |
|---|---|
| | 999.00 |
| | 4,000.00 |
| | 5,950.00 |
| | 170.00 |
| | 5,750.00 |
| | 7,500.00 |
| | 350.00 |
| | 1,550.00 |
| | 2,750.00 |
| | 610.00 |
| | 25,500.00 |
| | 500.00 |
| | 1,200.00 |
| | 2,410.00 |
| | 14,000.00 |
| | 1,000.00 |
| | 2,247.00 |
| | 150.00 |
| | 4,432.00 |
| | 1,200.00 |
| | 2,410.00 |
| | 1,500.00 |
| | 915.00 |
| | 27,288.72 |
| | 2,000.00 |
| | 3,610.42 |
| | 555.00 |
| | 7,584.00 |
| | 71,000.00 |
| | 9,549.00 |
| | 2,160.29 |
| | 297.00 |
| | 9,885.00 |
| | 2,317.00 |
| | 100.00 |
| | 499.00 |
| | 1,200.00 |
| | 500.00 |
| | 4,500.00 |
| | 6,000.00 |
| | 21,590.00 |
| | 500.00 |
| | 875.00 |

2025.02.20                                   21



| | |
|---|---|
| | 8,500.00 |
| | 9,000.00 |
| | 1,750.00 |
| | 520.00 |
| | 1,900.40 |
| | 3,623.42 |
| | 40.00 |
| | 6,500.00 |